Filing # 71387638 E-Filed 04/3 2018 08:51:15 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 18-7318 CA 11

BRANDON RAULERSON

Plaintiff,

v.

CITY OF MIAMI,

Defendant.

______________________________/

**SUMMONS**

Ana Pujol 1:14 PM 6/29/18 1679

6/29/18 1:15 PM

**THE STATE OF FLORIDA:**

To Each Sheriff of Said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this Action to the register agent on behalf of the above-captioned Defendant:

**MAYOR FRANCIS X. SUAREZ**
Office of the Mayor
3500 Pan American Drive
Miami, Florida 33133

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiffs' attorney, to-wit:

RECEIVED 2018 JUL -2 PM 12:39 CITY OF MIAMI CITY ATTORNEY'S OFFICE

**MARTIN E. LEACH, ESQUIRE**
FEILER & LEACH, P.L.
901 Ponce de Leon Boulevard
Suite No. 300
Coral Gables, Florida 33134
**(305) 441-8818** Telephone

within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do against that Defendant for the relief demanded in the Complaint or pet

6/3/2018

DATED this ____________, 2018.

Clerk of said Court

By ____________________
As Deputy Clerk

**Date:** 7/3/18
**Assigned To:** KRJ
**Matrix:** 106
**Client:** EOAP
**Type:** ADA / Fla. Civ. Rights
**Matter No:** 18-1896
**Signature**

INT THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION

BRANDON RAULERSON,

Plaintiff,

v.

CITY OF MIAMI,

Defendant.

CASE NO.: 18-7318 CA 11

Judge Mavel Ruiz

____________________________________/

**COMPLAINT FOR DAMAGES**

Plaintiff, BRANDON RAULERSON ("Plaintiff" or "Mr. Raulerson") sues the Defendant, CITY OF MIAMI, ("Defendant" or ("City of Miami"), and as grounds therefor alleges:

**INTRODUCTION**

1. This is an action against the Defendant to recover damages pursuant to the Americans with Disabilities Act of 1991, 42 U.S.C. §12182, as amended by the Americans with Disabilities Amendments Act of 2008 ("ADA") and the Florida Civil Rights Act, Fla.Stat ch. 760, *et seq.* ("FCRA"). Plaintiff seeks declaratory, injunctive, and equitable relief, as well as compensatory and punitive damages, costs and attorney's fees.

**JURISDICTIONAL ALLEGATIONS**

2. This Court has jurisdiction over this action because the amount in dispute is in excess of $15,000 and because jurisdiction is appropriate pursuant to Florida Statute Chapter 760 *et. seq.*

3. Venue is proper in Miami-Dade County pursuant to §47.041, Fla.Stat.

**COMPLIANCE WITH CONDITIONS PRECEDENT**

4. As jurisdictionally relevant, Plaintiff filed a charge of disability discrimination with

the United States Equal Employment Opportunity Commission, ("EEOC") which was assigned charge number 510-2014-03699. After investigating the matter, the EEOC issued a Letter of Determination, on June 21, 2017. It provides, in relevant part:

> Under the authority vested in me by the Commission, I issue the following determination as to the merits of the above-cited charge, filed under the Americans with Disabilities Act of 1990, as amended (ADA). Timeliness and all other jurisdictional requirements for coverage have been met.
>
> Charging Party alleged that he was discriminated against due to his disability when he was not hired for the position of Certified Police Officer. Specifically, Charging Party claims that he applied for the position, passed all the required prerequisites, and received an offer of employment.
>
> After Charging Party disclosed his disability, Respondent subjected him to a Fit for Duty examination which he cleared and he provided medical documentation stating that his condition would not hinder his ability to perform any duties associated with the position Charging Party further claims that he later received an email disqualifying him from the application process and his employment offer was rescinded.
>
> The Commission concludes that the evidence obtained in the investigation establishes reasonable cause to believe that Respondent discriminated against Charging Party in violation of the ADA, as alleged.
>
> Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. In this regard, conciliation of this matter has now began. Please be advised that upon receipt of this Determination, the Commission will consider any reasonable offer to resolve this matter.

A copy of the Letter of Determination is attached hereto as Exhibits "A". A right to sue letter is pending and will be filed upon receipt.

5. Thus, all conditions precedent to the initiation of this action against Defendant have been complied with through the administrative procedures of the EEOC.

## THE PARTIES

6. Plaintiff at all material times, is a United States citizens and lawful resident of Miami-Dade County, over the age of 18, and sought application for employment as a teacher with Defendant.

7. At all times material, Defendant is a municipality in Miami-Dade County, which operates its own police department, the City of Miami Police Department. Defendant employs in excess of 500 employees with its principal place of business Miami, Florida.

## FACTS GIVING RISE TO CAUSE OF ACTION

8. Plaintiff applied for a position as a of certified police officer with the City of Miami Police Department.

9. On or about January 30, 2014, Plaintiff received an offer for employment.

10. Plaintiff passed all of the required prerequisites for the position.

11. On or about February 19, 2014, a medical fit for duty examination was performed.

12. On or about February 29, 2014, Plaintiff's personal physician provided a letter stating that Plaintiff was fit for duty as a police officer. Notwithstanding this, on or about April 1, 2014 Plaintiff received a letter stating that the offer of employment was rescinded based upon a perceived disability.

13. Thus, Plaintiff was not considered for employment because of a disability or perceived disability.

14. As a direct and proximate result of the acts and omissions of Defendant, Plaintiff's rights under the ADA and the FCRA were violated and he suffered the following injuries and seeks

remuneration for:

a. Pain and suffering;

b. Medical expense in the past and in the future;

c. Mental anguish, including but not limited to embarrassment, humiliation, personal inconvenience and emotional distress;

d. Loss of capacity for the enjoyment of life;

e. Deprivation of life, liberty and property;

f. Legal fees and expense;

g. Loss of earnings in the past and future;

h. Loss of earning capacity;

i. Injury to reputation;

j. Loss of the rights described herein;

k. Back pay;

l. Value of or the reinstatement of all benefits that he would have enjoyed but for the refusal to hire including, but not limited to, bonuses, retirement and pension benefits, health insurance, meal benefits and vacation benefits;

m. Incidental expenses;

n. Front pay and benefits until Plaintiffs attain the age of 70 and/or a reasonable time;

o. Liquidated damages and/or punitive damages, if allowable by law; and

p. Injunctive Relief in the form of a public apology, expungement of Plaintiffs'

disciplinary records, reinstatement and back-pay; and

q. Any other relief this Court deems just and equitable.

Said damages are continuing in nature and Plaintiffs will continue to suffer in the future.

15. Trial by jury demanded for all issues so triable if right by jury.

**COUNT I**
**Violations of the Americans with Disabilities Act, 42 U.S.C. §12181 *et seq* (discrimination)**

16. Plaintiff adopts and alleges each of the categories of general allegations of paragraphs 1 through 15.

17. This is an action to recover damages and injunctive relief brought pursuant to the Americans with Disabilities Act, codified as 42 U.S.C. §12101 *et seq*.

18. The actions taken by Defendant are in violation of the Americans with Disabilities Act, codified as 42 U.S.C. §12101 *et seq*.

19. Plaintiff belongs to a protected class within the meaning of the Americans with Disabilities Act, codified as 42 U.S.C. §12101 *et seq*. because he was disabled and/or perceived as being disabled by Defendant in refusing to hire him.

20. As set forth above, Plaintiff was discriminated against in the decision to rescind his offer of employment and not consider him for employment based upon a disability and/or perceived disability.

21. The discrimination Plaintiff endured was because of his disability and/or perceived disability because no non-disabled or perceived to be non-disabled.

22. Defendant is liable because, as set forth above, their hiring personnel were responsible

for the actions complained of, which actions were in violation of law.

23. As a direct and proximate result of the actions or omissions, Plaintiff has sustained those damages set forth above, all of which he is entitled to recover by law.

24. As a result of the deprivations of rights at the hands of the Defendant and its agents, Plaintiff has been forced to hire an attorney and pay him a reasonable fee, which he is entitled to recover pursuant to 42 U.S.C. §12205 and otherwise by law

WHEREFORE, Plaintiff, BRANDON RAULERSON demands judgment against the Defendant, CITY OF MIAMI for damages as set forth above, plus injunctive relief, back pay, front pay, the costs of this action, attorney's fees and such other relief as this Court deems just and equitable and further demands trial by jury for all issues so triable of right by jury.

**COUNT II**
**Violation of Florida Civil Rights Act of 1992**

25. The allegations of Paragraphs 1 through 15 are adopted and incorporated as if they were fully set forth herein.

26. The conduct of the Defendant to the Plaintiff in relation to the acts described herein for disability discrimination violates the Florida Civil Rights Act of 1992 as established at Florida Statutes Chapter 760.

27. Defendant's violation of the Florida Civil Rights Act of 1992 as established at Florida Statutes Chapter 760 has resulted in damages to Plaintiff.

28. As a result of the Defendant's violation, Plaintiff is entitled to recover compensatory and punitive damages against the Defendant.

29. Under the terms of the Florida Civil Rights Act of 1992 as established at Florida Statutes Chapter 760, Plaintiff is entitled to recover from Defendant his attorney's fees and costs in bringing this action.

WHEREFORE, Plaintiff, BRANDON RAULERSON demands judgment against the Defendant, CITY OF MIAMI for damages as set forth above, plus injunctive relief, back pay, front pay, the costs of this action, attorney's fees and such other relief as this Court deems just and equitable and further demands trial by jury for all issues so triable of right by jury.

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury on all counts so triable.

Respectfully yours,

**FEILER & LEACH, P.L.**
The American Airlines Building
901 Ponce de Leon Blvd
Suite # 300
Coral Gables, Florida 33134
Telephone: (305) 441-8818
Facsimile: (305) 441-8081
mel@flmlegal.com
erodriguez@flmlegal.com

By: /s/ Martin E. Leach
**Martin E. Leach**
Florida Bar No. 0037990



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
*Miami District Office*

Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Intake Information Group (800) 669-4000
Intake Information Group TTY (800) 669-6820
Miami Direct Dial (305) 808-1740
FAX (305) 808-1855
Website www.eeoc.gov

510-2014-03699

Brandon Raulerson
8732 N.W. 107th Terrace
Miami Lakes, FL 33018

Charging Party

and

City of Miami Police Department
400 N.W. 2nd Avenue
Miami, FL 33128

Respondent

**Letter of Determination**

Under the authority vested in me by the Commission, I issue the following determination as to the merits of the above-cited charge, filed under the Americans with Disabilities Act of 1990, as amended (ADA). Timeliness and all other jurisdictional requirements for coverage have been met.

Charging Party alleged that he was discriminated against due to his disability when he was not hired for the position of Certified Police Officer. Specifically, Charging Party claims that he applied for the position, passed all the required prerequisites, and received an offer of employment. After Charging Party disclosed his disability, Respondent subjected him to a Fit for Duty examination which he cleared and he provided medical documentation stating that his condition would not hinder his ability to perform any duties associated with the position. Charging Party further claims that he later received an email disqualifying him from the application process and his employment offer was rescinded.

The Commission concludes that the evidence obtained in the investigation establishes reasonable cause to believe that Respondent discriminated against Charging Party in violation of the ADA, as alleged.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. In this regard, conciliation of this matter has now begun. Please be advised that upon receipt of this Determination, the Commission will consider any reasonable offer to resolve this matter.

Please complete the enclosed Invitation to Conciliate, EEOC Form 153, and return it to the Commission at the above address on or before fifteen (15) days from the date of this letter.







You may fax your response directly to (305) 808-1855, to the attention of Pablo Alfonso, EEOC Investigator. You may also contact us to schedule a Conciliation Conference to be held in our Miami office. Please be advised that for the ADA: the confidentiality provisions of Section 107 of the ADA and the Commission's Regulation apply to information obtained during conciliation.

Failure to respond within fifteen (15) calendar days of the date of this letter will indicate that you are not interested in conciliating this matter and the Commission will determine that efforts to conciliate this charge as required by the ADA have not been successful. Should you have any questions, please contact Investigator Alfonso at (305) 808-1744.

If the Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission. A Commission representative will contact each party in the near future to begin conciliation.

You are reminded that federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission's investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission,

JUN 21 2017
Date

Nitza Santa Wright
for Michael J. Farrell
District Director

cc:
RESPONDENT'S REPRESENTATIVE
Angela Roberts
Administrator
Equal Opportunity and Diversity Programs
City of Miami
444 S.W. 2nd Avenue, Room 642
Miami, FL 33130

Enclosures: Invitation to Conciliate

Filing # 74084414 E-Filed 06/26/2018 09:12:16 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION

BRANDON RAULERSON, Case No. 18-7318 CA 11

Plaintiff,

v.

CITY OF MIAMI

Defendant.
_______________________________/

**NOTICE OF FILING**

Plaintiff, BRANDON RAULERSON, hereby files the Notice of Right to Sue from the U.S. Department of Justice, Civil Rights Division, dated June 21, 2018.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing instrument was served with the Complaint.

**FEILER & LEACH, P.L.**
Attorneys for Plaintiff
901 Ponce de Leon Blvd.
Suite # 300
Coral Gables, Florida 33134
TEL (305) 441-8818
FAX (305) 441-8081
mel@flmlegal.com
erodriguez@flmlegal.com

BY: */s/ Martin E. Leach*
**MARTIN E. LEACH**
Fla. Bar No. 0037990



**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

DJ# 205-18-0

JUN 2 1 2018

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Brandon Raulerson c/o
Martin Leach.
Feiler & Leach, P.L.
901 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134

| Re: | EEOC Charge Against: | City of Miami Police Department |
|---|---|---|
| | EEOC No.: | 510-2014-03699 |
| | DJ#: | 205-18-0 |

Dear Mr. Leach:

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

It has been determined that the Department of Justice (the Department) will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department has made a judgment as to whether or not your charge is meritorious.

You are hereby notified that conciliation on your case was unsuccessful by the EEOC. You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12111, et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.

Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 2117(a).

We are returning the files in this matter to EEOC's District Office. If you or your attorney, have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

Michael J. Farrell
District Director
Equal Employment Opportunity Commission
Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

Enclosed you will find a list of state resources and a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA).

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Sincerely,

John M. Gore
Acting Assistant Attorney General

BY: Amanda Maisels
Amanda Maisels
Deputy Chief
Disability Rights Section

Enclosure:
Florida State Resources
Notice of Rights under the ADAAA

cc: City of Miami Police Department
EEOC --Miami Field Office

My Cases | My Submissions | Sign Out
Pleading on Existing Case | Case Initiation
Workbench | My Alerts | E-Filing Map

My Account ▾ Filing Options ▾

Welcome - Marlin E Leach
Last signed in on - 06/20/2018 03:36:20 PM

News & Information

- 06/26/2017 - Notice for Name Change Applicants Pursuant to the FBI Compact Council Agency Privacy Requirements for Non-Criminal Justice Applicants, the Clerk of Courts as an "Official" must provide the applicant of a Name Change Petition with written Notice of the usage of his/her fingerprints. This Notice serves to inform all applicants pursuing a Name Change that your fingerprints will be used to check the criminal history records of the FBI.

Filing Received Confirmation

Help

1 document is successfully submitted for filing to Trial Court for Miami-Dade County, Florida Circuit Civil Division
Uniform Case # you have provided is 132018CA007318000001
Court Case # you have provided is 2018-007318-CA-01
Reference # for this filing is 74084414

Important: If you should contact the court about any document in this filing, please provide this Submission # to help us locate this filing.

You may want to print this page for your records. Print

Recent Filings

Refresh

| Pleading | Proposed Order | Submission/NEF | Case Style/Docket | Court Case # | Status | Court | Submission Date | Completion Date/Remarks |
|---|---|---|---|---|---|---|---|---|
| Submit | | 74084414 | Brandon Raulerson vs City of Miami | 2018-007318-CA-01 | Received | Miami-Dade | 06/26/2018 09:12:16 AM | |

1 - 1 of 1 items

Terms Of Use | Privacy Statement | Accessibility | Request E-Filing Support | E-Filing Authority

© 2013 CiviTek